Manufacturers Appraisal Company, appellee, v. Moe Rosenberg, appellant. Gen. No. 30,776.

Action for balance due for services. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. William E.

Viner, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1925. Affirmed. Opinion filed June 14, 1926.

Brown & Alschuler, for appellant. Barre Blumenthal, for appellee.

Mr. Justice Johnston delivered the opinion of the court.